Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur. Cook, J., not participating.

**2003–0517. State ex rel. Glenn v. Cunningham.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur. Cook, J., not participating.

**2003–0520. State ex rel. Cruse v. Tenth Dist. Court of Appeals.**

In Mandamus and Procedendo. On motion to dismiss for failure to state a claim upon which relief may be granted, pursuant to Civ.R. 12(B)(6). Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur. Cook, J., not participating.

**2003–0531. State ex rel. Wright v. Court of Appeals for Cuyahoga Cty.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur. Cook, J., not participating.

**2003–0546. State ex rel. Gammalo v. Corrigan.**

In Procedendo. On answer of respondent and motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur. Cook, J., not participating.

**2003–0586. McGee v. Cuyahoga Cty. Court of Common Pleas, Juv. Div.**

In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur. Cook, J., not participating.

**2003–0648. Miller v. Wilson.**

In Habeas Corpus. On petition for writ of habeas corpus of Jeffrey W. Miller. Sua sponte, cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur. Cook, J., not participating.

**2003–0692. McLaughlin v. Lane.**

In Habeas Corpus. On petition for writ of habeas corpus of Christopher McLaughlin. Sua sponte, cause dismissed.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur. Cook, J., not participating.

# MOTION AND PROCEDURAL RULINGS

**1990–1927. State v. Lorraine.**

Trumbull App. No. 3838. On amended motion to set execution date. Amended motion denied. Cook, J., dissents.

**1999–0972. State v. Taylor.**

Greene C.P. No. 98CR0054. On application for reopening under S.Ct.Prac.R. XI(5). Application denied. Cook, J., not participating.

**2002–1549. State ex rel. Howard v. McDonald.**

In Mandamus. On Rule 60(B) motion to reopen the record and/or the entry of February 19, 2003. Motion denied.

Lundberg Stratton, J., would also find relator to be a vexations litigator.

RESNICK, J., would dismiss.

COOK, J., not participating.